AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **v.** | ) | |
| | ) | Case No.  5:26-mj-00176(CBF) |
| | ) | |
| | ) | |
| **MATTHEW FLANDERA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.  On or about the date of February 12, 2025 in the county of Onondaga in the Northern District of New York the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2252A(a)(2)(A) | Receipt of Child Pornography |

This criminal complaint is based on these facts:
See attached affidavit.

☒       Continued on the attached sheet.

AARON C
DABBACK

Digitally signed by AARON C
DABBACK
Date: 2026.08.05 14:38:33 -04'00'

*Complainant's signature*

Aaron Dabback, Special Agent

*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:   August 5, 2026

*Judge's signature*

City and State:     Syracuse, New York

Hon. Carla B. Freedman, U.S. Magistrate Judge

*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Aaron Dabback, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent employed by the Department of Homeland Security, Homeland Security Investigations ("HSI") and have been so employed since March 2023. As such, I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C). I have completed the Criminal Investigator Training Program and Homeland Security Investigations Special Agent Training at the Federal Law Enforcement Training Center in Glynco, Georgia. During basic training, I received instruction on conducting online child pornography investigations. Prior to my tenure as a Special Agent, I served four years in the United States Marine Corps as an infantryman. I graduated from Lock Haven University with a Bachelor's Degree in Criminal Justice, and a Master's Degree in Criminology from Indiana University of Pennsylvania. Through my training, experience, and interaction with other Special Agents and law enforcement personnel, I have become familiar with the methods of operation used by people who are involved with offenses involving the sexual exploitation of children, including the use of the Internet to further those offenses. I have also participated in investigations involving offenses related to the sexual exploitation of children, including preparing and executing search warrants in child pornography and child exploitation investigations.

2. This affidavit is made in support of an application for a criminal complaint charging the defendant, Matthew Flandera, with violations of Title 18, United States Code, Section 2252A(a)(2)(A) (receipt of child pornography).

3. The statements contained in this affidavit are based upon my investigation and information provided to me by other agents. Because this affidavit is being submitted

for the limited purpose of securing a criminal complaint, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant has violated Title 18, United States Code, Section 2252A(a)(2)(A) (receipt of child pornography).

## II.    THE INVESTIGATION AND PROBABLE CAUSE

4.    In 2026, Homeland Security Investigations in Syracuse received a Mega account link containing over 250 video files depicting child pornography. The link has since been terminated and is no longer accessible, though Mega provided law enforcement with the contents of this link containing over 350 child pornography files. I have reviewed the files. The following are descriptions of two files found within the Mega link:

a. A video, approximately one minute and twenty-one seconds long depicting a prepubescent male child and an adult male. The prepubescent male child is sitting on a bed fully naked, except for a black mask covering his face, with his hands bound behind his back. The adult male is fully naked, depicting from the stomach down and has his fully erect penis in the prepubescent male child's mouth, with holding the back of the prepubescent male child's head with his left hand. As the video progresses, the prepubescent male child performs oral sex on the adult male. At the approximately fifteen second mark the frame changes and the prepubescent male child is positioned facing away from the camera, on all fours, and exposing the underside of the penis and anus, while his wrists are bound to his ankles. The adult male anally penetrates the prepubescent male child. Throughout the duration of the video, the adult male continues to anally penetrate the prepubescent male child in various positions.

b.  A video, approximately 43 seconds in length. The video depicts a prepubescent male approximately nine to eleven years of age laying naked on what appears to be a bed. The child has a gag ball in his mouth and his hands are bound and cuffed below his legs, which are elevated to expose his penis and anus. The child is accompanied by a second individual who is only depicted by their left hand. In the video, the second individual's left hand can be seen rubbing the child's penis, anus, and body, and spanking the child's buttocks.

5.      Additional investigation revealed the account associated with the upload of the child pornography on the Mega platform was associated with the defendant, Matthew FLANDERA, who currently resides in the North Syracuse, New York area. Further, internet protocol address, email address, and cellular telephone service information related to the Mega account are associated with the defendant's residence and cellular telephone service.

6.      According to queries of criminal history databases conducted by your affiant, on or about June 14, 2013, the defendant was convicted of Possessing a Sexual Performance by Child Less Than 16 Years Old, in violation of the New York Penal Law Section 263.16. The defendant was subsequently sentenced to 10 years' probation. As a result of this conviction, the defendant is currently a Level 1 registered sex offender in New York with a registered street address identical to that associated with the child pornography uploads referenced above.

7.      On August 5, 2026, a federal search warrant was executed in connection with the ongoing investigation of the defendant, including a search warrant of the defendant's residence in North Syracuse, New York. Prior to the search, your affiant encountered the defendant who agreed to speak with your affiant at the New York State Police barracks in North Syracuse. The defendant was read his *Miranda* rights which he waived and agreed to

3

a voluntary interview with law enforcement. During the post-*Miranda* interview, the defendant admitted that he used a chat messaging service to receive child pornography. Additionally, the defendant acknowledged ownership of the Mega account.

8.    During the search of the defendant's North Syracuse residence and person, several electronic devices were recovered including a Skytech Gaming tower belonging to the defendant, which was manufactured outside the state of New York. A forensic review of the device revealed the device to contain numerous cached images of child pornography including:

      a.   An image file depicting two pubescent male children, one wearing a red shirt and the other wearing a blue shirt. This thumbnail file previews a file located within the Mega account with the following description:

            i.   A video approximately two minutes and fifty-nine seconds long. The video depicts two pubescent male children, one wearing a blue shirt and the other wearing a red shirt. In the video, the child wearing the blue shirt masturbates himself while looking at a phone screen. At approximately the one minute and thirty-two second mark the child wearing a red shirt begins masturbating the other child. At approximately the two minute and thirty-four second mark the child wearing a red shirt begins performing oral sex on the other child.

9.    An additional electronic device recovered from the defendant's person included a Samsung Galaxy A16 belonging to the defendant, which was manufactured outside the state of New York. A forensic review of the device revealed the device to contain numerous cached images of child pornography including:

a. An image file depicting two pubescent male children. One child is laying on his back wearing a white t-shirt and underwear around his thighs. The child's legs are pulled back exposing his penis and anus. The second child is positioned in front of the first child anally penetrating him with his penis. This thumbnail file previews a file located within the Mega account with the following description.

i. A video approximately fourteen minutes and forty-three seconds long. The video depicts two pubescent male children. One child is laying on his back wearing a white t-shirt and underwear around his thighs. The child's legs are pulled back exposing his penis and anus. The second child is positioned in front of the first child and anally penetrates him with his penis. This occurs until the approximate seven minute and thirteen second mark when the media file changes to another child pornography video.

10. After discovery of the above-described files on the defendant's Skytech Gaming tower and Samsung Galaxy A16, your affiant showed the defendant media files from those found in the Mega account. The defendant acknowledged that he recognized and received one of the files from a user on the Omegle platform in 2025 and later uploaded the files to Mega.

## III. CONCLUSION

11. Based on the above information, there is probable cause to believe that Matthew Flandera has violated Title 18, United States Code, Section (a)(2)(A) (receipt of child pornography).

5

ATTESTED TO BY THE APPLICANT IN ACCORDANCE WITH THE REQUIREMENTS OF RULE 4.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE.

AARON C DABBACK
Digitally signed by AARON C DABBACK
Date: 2026.08.05 14:39:18 -04'00'

_____
Aaron Dabback, Special Agent
Homeland Security Investigations


I, the Honorable Carla B. Freedman, United States Magistrate Judge, hereby acknowledge that this affidavit was attested by the affiant by telephone on August 5, 2026, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

_____
Hon. Carla B. Freedman
United States Magistrate Judge